# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **JESSIE JOHNS,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:15-CV-409 (MTT) |
| **Warden GLEN JOHNSON,** *et. al.,* | ) |
| Defendants. | ) |

## ORDER

After screening the Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, Magistrate Judge Charles H. Weigle allowed the Eighth Amendment claims against Defendants Sachdeva and Mason to go forward and recommends dismissing the claim against Defendant Bryson. (Doc. 8). The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation and accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the claim against Defendant Bryson is **DISMISSED without prejudice**. As requested in the Plaintiff's supplemental complaint, Defendant Johnson is also **DISMISSED**. (Doc. 7, ¶ 1).

**SO ORDERED,** this 1st day of June, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT